AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>Six cellular telephones, one iPod, and one laptop in the secured custody of Drug Enforcement Administration in Los Angeles, California | )<br>)<br>) Case No. 2:18-MJ-02707<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A(2)*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _October 12, 2018 / 5pm_      _____
                                                                                     *Judge's signature*

City and state:  Los Angeles, CA              Hon. Frederick F. Mumm
                                                                                     *Printed name and title*


AUSA: Benjamin R. Barron (x3542)

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:18-MJ-02707 | Date and time warrant executed: OCT. 16, 2018 | Copy of warrant and inventory left with: DEA TECH. COMMUNICATIONS RACHELLE RUSSELL |
|---|---|---|

Inventory made in the presence of:
DEA TECH. COMMUNICATION SPECIALIST RACHELLE RUSSELL

Inventory of the property taken and name of any person(s) seized:

- THE SEARCH WARRANT FOR SIX CELLULAR TELEPHONES, ONE IPOD, AND ONE LAPTOP WERE EXECUTED BY DEA ON OCTOBER 16, 2018. A FORENSIC EXTRACTION WAS CONDUCTED ON THE SIX CELLULAR TELEPHONES, ONE IPOD, AND ONE LAPTOP AND ARE AWAITING THE RESULTS.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 29 Oct 2018

*Executing officer's signature*

LINDSAY T. BURNS, S/A
*Printed name and title*